IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03427-KMT

MICHELE LEE BLAKE,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on March 25, 2015 , incorporated herein by reference, it is

ORDERED that the Commissioner's decision through the Administrative Law Judge is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Michele Lee Blake.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this  25th   day of March, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/M. Ortiz_____
Monique Ortiz,  Deputy Clerk